DAVID W. GEARY - #6878
Assistant Attorney General
SEAN D REYES - #7969
Utah Attorney General
Attorneys for the State of Utah
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84111
Telephone: (801)366-0250
Email: AGCPSLC@agUtah.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. WINTER ROSE OLDROCK Defendant. | **PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** <br><br> Case No. 2:21-cr-184 HCN <br><br> Magistrate Judge Dustin B. Pead <br> Judge Howard C. Nielson Jr. |
|---|---|

The Office of the Utah Attorney General states that Defendant, Winter Rose Oldrock who is a federal inmate, confined at the Davis County Jail, SO #757094 under the authority of the United States Marshal pursuant to an order of the United States District Court, is required to personally or virtually appear before the Honorable Steven K. Beck at the Third District Juvenile Court, 450 S. State Street, Salt Lake City, Utah, Courtroom W23, on **TUESDAY NOVEMBER 26, 2024 at 2:30 PM** for a child welfare permanency hearing in the case of State of Utah in the Interest of Leonard Old Rock, Case No. 1204459.  **THIS HEARING WILL BE HELD VIA WEBEX**

Wherefore, Petitioner requests the Court to issue a Writ of Habeas Corpus Ad Testificandum to the US Marshall Services for the District of Utah or any other United States Marshal, requiring him to serve the Writ on the Warden, Sheriff, Superintendent, or custodian of the institution where the defendant is confined and to bring the defendant before the court at the above-stated place and time, to hold the defendant in custody pending completion of his testimony, and thereafter to return him to the institution where he is now confined.

DATED this 5th day of November, 2024

Sean D. Reyes
Attorney General

/s/ *David W. Geary*
DAVID W. GEARY
Assistant Attorney General